SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
Kevin Hong (SBN 299040)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 252-8008
Facsimile: (213) 252-8009
cm@SoCalEAG.com

Attorneys for Plaintiff
JARDINE GOUGIS

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JARDINE GOUGIS,<br><br>        Plaintiff,<br><br>    vs.<br><br>PAUL NETHERTON D/B/A FULL CIRCLE THRIFT; ROBERT E. DONNERSTAG, AS TRUSTEE OF THE DONNERSTAG FAMILY TRUST; and DOES 1 to 10,<br><br>        Defendants. | **Case No.: 2:24-cv-01948 DDP (JCx)**<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT PAUL NETHERTON D/B/A FULL CIRCLE THRIFT** |

**PLEASE TAKE NOTICE** that Plaintiff JARDINE GOUGIS ("Plaintiff") pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) hereby voluntarily dismisses Defendant PAUL NETHERTON D/B/A FULL CIRCLE THRIFT ("Defendant") *without prejudice* pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) which provides in relevant part:

(a) **Voluntary Dismissal.**

   (1) *Without a Court Order*.  Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

    (i) A notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.

Defendant has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment.  Accordingly, Defendant may be dismissed without an Order of the Court.

DATED:  April 3, 2024   SO. CAL. EQUAL ACCESS GROUP

         By:   */s/  Jason J. Kim*
           Jason J. Kim
           Attorneys for Plaintiff