UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.    2:24cv01948 DDP (JCx)                                          Date: May 21, 2025

Title    *Jardine Gougis v. Paul Netherton; et al.*

Present: The Honorable:    DEAN D. PREGERSON, U.S. DISTRICT JUDGE

| Catherine Jeang | Not Present |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**    (IN CHAMBERS) – ORDER TO SHOW CAUSE

**IT IS HEREBY ORDERED** that **PLAINTIFF** show cause in writing not later than **June 11, 2025**, why this action should not be dismissed for lack of prosecution as to **defendant Robert E. Dounerstag as Trustee of the Donnerstang Family Trust**. In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7.15, oral argument shall not be heard in the above matter unless so ordered by the Court. The Order to Show Cause will stand submitted upon the filing of briefs.

Plaintiff is advised that the Court will consider an answer by **defendant Robert E. Dounerstag as Trustee of the Donnerstang Family Trust,** or plaintiff's request for entry of default on this defendant on or before the above date, as a satisfactory response to the Order to Show Cause.

|  | 00:00 |
|---|---|
| **Initials of Preparer** | CMJ |