SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 205-6560
cm@SoCalEAG.com

Attorneys for Plaintiff
JARDINE GOUGIS

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JARDINE GOUGIS,<br><br>  Plaintiff,<br><br>  vs.<br><br>PAUL NETHERTON D/B/A FULL CIRCLE THRIFT; ROBERT E. DONNERSTAG, AS TRUSTEE OF THE DONNERSTAG FAMILY TRUST; and DOES 1 to 10,<br><br>  Defendants. | Case No.: 2:24-cv-01948-JFW (JCx)<br><br>**Plaintiff's Notice of Motion and Motion for Default Judgment by Court**<br><br>Date: August 18, 2025<br>Time: 1:30 p.m.<br>Courtroom: 7A<br><br>Honorable Judge John F. Walter |

To Defendant ROBERT E. DONNERSTAG, AS TRUSTEE OF THE DONNERSTAG FAMILY TRUST and the attorneys of record, if any: Please take notice that on August 18, 2025, at 1:30 p.m., or as soon thereafter as this matter may be heard by this Court located at 255 East Temple Street, Los Angeles, California, Plaintiff JARDINE GOUGIS will present Plaintiff's motion for default judgment against Defendant ROBERT E. DONNERSTAG, AS TRUSTEE OF THE DONNERSTAG FAMILY TRUST. The Clerk has previously entered the default on said Defendant on June 12, 2025 (Dkt. #18).

At the time and place of hearing, Plaintiff will present proof of the following matters: (1) Defendant ROBERT E. DONNERSTAG, AS TRUSTEE OF THE DONNERSTAG FAMILY TRUST is not a minor or incompetent person or in military service or otherwise exempted under the Soldier and Sailor's Civil Relief Act of 1940; (2) Defendant ROBERT E. DONNERSTAG, AS TRUSTEE OF THE DONNERSTAG FAMILY TRUST has not appeared in this action; and (3) Plaintiff is entitled to judgment against said Defendant on account of the claims pleaded in the complaint, to wit: a violation of the Americans with Disabilities Act, the Unruh Civil Rights Act, the California Disabled Persons Act, the California's Unfair Competition Act, and Negligence.

The Plaintiff seeks a judgment in the amount of $4,000.00 in statutory damages, $2,525.00 in attorney's fees, and $660.00 in costs as set forth in the attached Declaration of Jason J. Kim and an Order directing the Defendant to: make alterations in such a manner that, to the maximum extent feasible, the goods, services, facilities, privileges, advantages, or accommodations offered by Defendant are readily accessible to and usable by individuals with disabilities at the property located at or about 2245 Lake Ave., Altadena, California. This motion is based on this notice, the declarations submitted in support of this motion, and other matters which may be presented at the hearing.

Notice of the original motion for default judgment by court was served on Defendant ROBERT E. DONNERSTAG, AS TRUSTEE OF THE DONNERSTAG FAMILY TRUST on July 14, 2025, by first class United States Mail, postage prepaid.

Dated: July 14, 2025                              **SO. CAL. EQUAL ACCESS GROUP**

                                                 By:   */s/ Jason J. Kim*
                                                       Jason J. Kim, Esq.
                                                       Attorneys for Plaintiff